**SAO**
VANESSA M. TURLEY, ESQ.
Nevada Bar No. 14365
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123 *(Nevada Office)*
Tel:   (470) 832-5572
Fax:  (404) 962-6800
Vanessa.turley@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE # 3000
Atlanta, GA 30308 *(Corporate Office)*

*Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Petitioner,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; DOES I through X; ROE BUSINESS ENTITIES I through X INCLUSIVE,<br><br>Respondents. | Case No.  2:22-cv-00574-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE AND VACATE HEARING** |

Plaintiff, SFR Investments Pool 1, LLC ("SFR") and Defendant, Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Nationstar") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the date for Nationstar to file a response to SFR's Complaint. The Parties further stipulate and agree that the foreclosure sale on the subject property, previously set to be held on May 27, 2022, be postponed and reset.

In support of the stipulation, the Parties state as follows:

1. On April 5, 2022, SFR filed the Complaint in the instant matter.
2. The Complaint was served upon Nationstar on April 6, 2022.
3. In late March 2022 one of the attorneys for Troutman Pepper representing Nationstar, Aaron Lancaster, left the firm leaving the remaining counsel unable to

adequately cover all Nationstar cases assigned to Mr. Lancaster. On April 11, 2022, attorney Vanessa Turley was hired to represent Nationstar in this and several other matters in Nevada. Ms. Turley needs additional time to research this case and SFR's claims, and to respond the Complaint.

4. The Parties agree Nationstar shall have until June 1, 2022, to file a response to the Complaint.

5. Defendants agree to refrain from setting the foreclosure sale of the real property located at **9147 Cantina Creek Court, Las Vegas, NV 89178 (APN: 176-20-410-041)**.

6. Both parties represent this stipulation is not made with any intent to delay or prejudice either party.

**IT IS SO STIPULATED.**

| DATED this 23rd day of May, 2022. | DATED this 23rd day of May, 2022. |
|---|---|
| **Troutman Pepper Hamilton Sanders LLP** | **HANKS LAW GROUP** |
| /s/   *Vanessa M. Turley*<br>Vanessa M. Turley, Esq.<br>Nevada Bar No. 14635<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, NV 89123<br><br>*Counsel for Nationstar Mortgage, LLC* | /s/   *Chantel M. Schimming (w/consent)*<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110,<br>Las Vegas, NV 89139<br><br>*Counsel for SFR Investments Pool 1, LLC* |

#126616367 v1 (260352.000656)

# ORDER

**IT IS HEREBY ORDERED** that Nationstar shall have until June 1, 2022, to file a response to SFR's Complaint.

**IT IS HEREBY ORDERED** that Nationstar agrees to refrain from setting the foreclosure sale of the real property located at **9147 Cantina Creek Court, Las Vegas, NV 89178 (APN: 176-20-410-041)**.

The Court, having found good cause and excusable neglect, **IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  May 23, 2022

SUBMITTED BY:

**Troutman Pepper Hamilton Sanders LLP**

_/s/     Vanessa M. Turley_
Vanessa M. Turley, Esq.
Nevada Bar No. 14635
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123

*Counsel for Nationstar Mortgage, LLC*

- 3 -

#126616367 v1 (260352.000656)