Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | Case No. 2:22-cv-00574-JCM-EJY <br><br> **STIPULATION AND ORDER TO WITHDRAW MOTION TO DISMISS AND AMEND COMPLAINT** |

Plaintiff, SFR Investments Pool 1, LLC ("SFR") and Defendant, Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Nationstar"), by and through their undersigned counsel, hereby stipulate and agree that Nationstar withdraws its motion to dismiss [ECF No. 11] and SFR will have until August 5, 2022 to file an amended complaint. At that time, Nationstar will re-file its responsive pleading.

…

- 1 -

1  The parties represent this stipulation is not made with any intent to delay or prejudice either party.

| DATED this 12th day of July, 2022. | DATED this 12th day of July, 2022. |
|---|---|
| **Troutman Pepper Hamilton Sanders LLP** | **Hanks Law Group** |
| */s/ Vanessa M. Turley* <br> Brody R. Wight, Esq. <br> Nevada Bar No. 13615 <br> Vanessa M. Turley, Esq. <br> Nevada Bar No. 14635 <br> 8985 S. Eastern Avenue, Suite 200 <br> Las Vegas, NV 89123 <br> *Counsel for Nationstar Mortgage, LLC dba Mr. Cooper and Federal Home Loan Mortgage Corporation* | */s/ Karen L. Hanks* <br> Chantel M. Schimming, Esq. <br> Nevada Bar No. 8886 <br> Karen L. Hanks, Esq. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br> *Counsel for SFR Investments Pool 1, LLC* |

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

Dated: July 13, 2022