Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00574-JCM-EJY<br><br>**STIPULATION AND ORDER TO WITHDRAW MOTION TO DISMISS AND AMEND COMPLAINT** |

Plaintiff, SFR Investments Pool 1, LLC ("SFR") and Defendant, Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Nationstar"), by and through their undersigned counsel, hereby stipulate and agree that Nationstar withdraws its motion to dismiss [ECF No. 11] and SFR will have until August 5, 2022 to file an amended complaint. At that time, Nationstar will re-file its responsive pleading.

…

- 1 -

The parties represent this stipulation is not made with any intent to delay or prejudice either party.

| DATED this 12th day of July, 2022. | DATED this 12th day of July, 2022. |
|---|---|
| **Troutman Pepper Hamilton Sanders LLP** | **Hanks Law Group** |
| /s/ Vanessa M. Turley<br>Brody R. Wight, Esq.<br>Nevada Bar No. 13615<br>Vanessa M. Turley, Esq.<br>Nevada Bar No. 14635<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, NV 89123<br>*Counsel for Nationstar Mortgage, LLC dba Mr. Cooper and Federal Home Loan Mortgage Corporation* | /s/ Karen L. Hanks<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Counsel for SFR Investments Pool 1, LLC* |

IT IS SO ORDERED

Dated: July 15, 2022.

_____
U.S. DISTRICT COURT JUDGE