VANESSA M. TURLEY, ESQ.
Nevada Bar No. 14365
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123 *(Nevada Office)*
Tel:   (470) 832-5572
Fax:  (404) 962-6800
Vanessa.turley@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE # 3000
Atlanta, GA 30308 *(Corporate Office)*

*Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Petitioner, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; DOES I through X; ROE BUSINESS ENTITIES I through X INCLUSIVE, <br><br> Respondents. | Case No.  2:22-cv-00574-JCM-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT** |

Plaintiff, SFR Investments Pool 1, LLC ("SFR") and Defendant, Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Nationstar") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the date for Nationstar to file a responsive pleading to SFR's Amended Complaint.

In support of the stipulation, the Parties state as follows:

1. On April 5, 2022, SFR filed the Complaint in the instant matter.

2. The Complaint was served upon Nationstar on April 6, 2022.

3. The Parties agree Nationstar shall have until June 24, 2022, to file a response to the Complaint.

4. On July 15, 2022, the Court entered an Order granting Nationstar stipulation to withdraw its Motion to Dismiss and SFR stipulation to filing an Amended

129097880

1

#126743822 v1 (260352.000656)

Complaint. Further, the Court ordered SFR to file its Amended Complaint by August 5, 2022.

5. On August 5, 2022, SFR filed its Amended Complaint.

6. Now, Nationstar seeks an extension of time to file its responsive pleading to SFR's Amended Complaint and shall file the responsive pleading by September 9, 2022

7. Defendants agree to refrain from setting the foreclosure sale of the real property located at **9147 Cantina Creek Court, Las Vegas, NV 89178 (APN: 176-20-410-041)**.

8. Both parties represent this stipulation is not made with any intent to delay or prejudice either party.

**IT IS SO STIPULATED.**

| DATED this 24th day of August, 2022. | DATED this 24th day of August, 2022. |
|---|---|
| **Troutman Pepper Hamilton Sanders LLP** | **Hanks Law Group** |
| */s/ Vanessa M. Turley* <br> Vanessa M. Turley, Esq. <br> Nevada Bar No. 14635 <br> 8985 S. Eastern Avenue, Suite 200 <br> Las Vegas, NV 89123 <br><br> *Counsel for Nationstar Mortgage, LLC* | */s/ Chantel M. Schimming* <br> Chantel M. Schimming, Esq. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110, <br> Las Vegas, NV 89139 <br><br> *Counsel for SFR Investments Pool 1, LLC* |

- 2 -

129097880

#126743822 v1 (260352.000656)

**ORDER**

**IT IS HEREBY ORDERED** that Nationstar shall have until September 9, 2022, to file a response to SFR's Amended Complaint.

The Court, having found good cause and excusable neglect, **IT IS SO ORDERED.**

*[signature]*
UNITED STATES MAGISTRATE JUDGE

Dated: August 25, 2022

SUBMITTED BY:

**Troutman Pepper Hamilton Sanders LLP**

*/s/ Vanessa M. Turley*
Vanessa M. Turley, Esq.
Nevada Bar No. 14635
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123

*Counsel for Nationstar Mortgage, LLC*

- 3 -

129097880

#126743822 v1 (260352.000656)