KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00574-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff, SFR Investments Pool 1, LLC ("SFR") and Defendants, Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Nationstar") and Federal Home Loan Mortgage Corporation ('Freddie Mac") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the deadline for SFR to file its Response to Defendants' Motion to Dismiss ("Motion") [ECF No. 22] until October 14, 2022. Currently, SFR's Response is due September 23, 2022. The reason for the extension is the motion raises issues that require additional time and attention to properly address, but also SFR's counsel has several appellate briefs and a pro bono appellate argument that have taken up SFR's counsel's time.

/ / /

/ / /

/ / /

/ / /

- 1 -

1         The Parties represent this stipulation is not made with any intent to delay or prejudice either
2 party.

3     DATED this 23rd day of September, 2022.    DATED this 23rd day of September, 2022.

**Troutman Pepper Hamilton Sanders LLP**     **Hanks Law Group**

*/s/ Vanessa M. Turley*     */s/ Karen L. Hanks*
Brody R. Wight, Esq.     Karen L. Hanks, Esq.
Nevada Bar No. 13615     Nevada Bar No. 9578
Vanessa M. Turley, Esq.     7625 Dean Martin Drive, Suite 110
Nevada Bar No. 14635     Las Vegas, NV 89139
8985 S. Eastern Avenue, Suite 200     *Counsel for SFR Investments Pool 1, LLC*
Las Vegas, NV 89123
*Counsel for Nationstar Mortgage, LLC*
*dba Mr. Cooper and Federal Home Loan*
*Mortgage Corporation*

IT IS SO ORDERED September 23, 2022.

                                                                        U.S. DISTRICT COURT JUDGE