VANESSA M. TURLEY, ESQ.
Nevada Bar No. 14365
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123 *(Nevada Office)*
Tel:   (470) 832-5572
Fax:   (404) 962-6800
Vanessa.turley@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE # 3000
Atlanta, GA 30308 *(Corporate Office)*

*Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Petitioner,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; DOES I through X; ROE BUSINESS ENTITIES I through X INCLUSIVE,<br><br>Respondents. | Case No.  2:22-cv-00574-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

Plaintiff, SFR Investments Pool 1, LLC ("SFR") and Defendant, Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Nationstar") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the date for Nationstar to file a Reply in Support of its Motion to Dismiss SFR's Amended Complaint.

In support of the stipulation, the Parties state as follows:

1. On April 5, 2022, SFR filed the Complaint in the instant matter.
2. The Complaint was served upon Nationstar on April 6, 2022.
3. On August 5, 2022, SFR filed the Amended Complaint in the instant matter.
4. Nationstar filed its Motion to Dismiss on September 9, 2022.
5. SFR filed its Response to Motion to Dismiss on October 14, 2022.

///

6. On October 17, 2022, SFR filed a Corrected Image – Response to Motion to Dismiss, solely to correct the PDF by attaching an inadvertent omitted exhibit.

7. The Parties agree Nationstar shall have until November 10, 2022, to file a Reply in Support of its Motion to Dismiss SFR's Amended Complaint.

8. Both parties represent this stipulation is not made with any intent to delay or prejudice either party.

**IT IS SO STIPULATED.**

| DATED this 18th day of October, 2022. | DATED this 18th day of October, 2022. |
|---|---|
| **Troutman Pepper Hamilton Sanders LLP** | **HANKS LAW GROUP** |
| */s/ Vanessa M. Turley*<br>Vanessa M. Turley, Esq.<br>Nevada Bar No. 14635<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, NV 89123 | */s/ Chantel M. Schimming*<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110,<br>Las Vegas, NV 89139 |
| *Counsel for Nationstar Mortgage, LLC* | *Counsel for SFR Investments Pool 1, LLC* |

# ORDER

**IT IS HEREBY ORDERED** that Nationstar shall have until November 11, 2022, to file a Reply in Support of its Motion to Dismiss SFR's Amended Complaint.

The Court, having found good cause and excusable neglect, **IT IS SO ORDERED.**

DATED October 19, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Vanessa M. Turley*
Vanessa M. Turley, Esq.
Nevada Bar No. 14635
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123

*Counsel for Nationstar Mortgage, LLC*